UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT O'NEILL | : CIVIL ACTION |
| vs. | : |
| ANDREW SAUL, | : |
| COMMISSIONER OF | : |
| SOCIAL SECURITY | : NO. 5:19-cv-02263-RGK-DFM |

---

ORDER

AND NOW, this 12th day of August, 2020, based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $1,848.64 as authorized by 28 U.S.C. § 2412, and reimbursement of the filing fee of $400.00, be awarded subject to the terms of the Stipulation.

_____
DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE